**Opinion filed February 4, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00270-CV
_____

## IN THE ESTATE OF GEORGE ALLEN BEAN
## A/K/A GEORGE ALLEN BEANE

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. 23574-CC**

### M E M O R A N D U M   O P I N I O N

Appellant, Tristan Beane, filed a notice of appeal from the trial court's order removing Appellant as the administrator of the Estate of George Allen Bean a/k/a George Allen Beane. When the appeal was docketed in this court on December 1, 2020, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before December 14, 2020. We notified Appellant by letter dated January 7, 2021, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before January 19, 2021, and we informed

Appellant that failure to do so "**may result in dismissal of the case**." As of this date, we have not received the filing fee or the docketing statement, nor have we received any type of response from Appellant.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

February 4, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.